UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

JS-6

Case No.   **CV 22-6014-MWF(Ex)**                                      Date: September 16, 2022

Title   **Sabian Hale v. Thaina Lee, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

|  Rita Sanchez  |  Not Reported  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING ACTION**

It was brought to the Court's attention that this matter, previously assigned to District Judge Dale S. Fischer and Magistrate Judge Alka Sagar, was duplicative of the action before this Court, *Sabian Hale v. Thaina Lee, et al.*, Case No. CV 22-5982-MWF(Ex).  This Court therefore initiated and accepted the low-number transfer of CV 22-6014 on September 15, 2022.

Based on a review of the two cases, the Court believes that this case, CV 22-6014, was opened in error.  The Court further believes that only the low-numbered case, CV 22-5982-MWF(Ex), should proceed.  The Court **ORDERS** the Clerk of Court to close CV 22-6014-MWF(Ex).

Going forward, Plaintiff Sabian Hale is directed to use and file documents only in Case No. CV 22-5982-MWF(Ex).  Plaintiff Sabian Hale is further directed to review the Self-Representation Order filed by the Court on September 2, 2022.

Initials of Preparer:  RS/sjm